IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PRIME DEVELOPMENT, INC.,**

**Plaintiff,**

**v.**

**FIRST CLOVERLEAF BANK,**

**Defendant.**                                              **No. 10-445-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Motion to Withdraw Motion to Strike Defendant's Supplemental Response to Plaintiff's Motion to Remand (Doc. 16). Plaintiff initially filed a Motion to Strike Defendant's Supplemental Response (Doc. 14) but while Plaintiff was in the process of filing its motion, the Court struck Defendant's Supplemental Response (See Docs. 12 & 13) making Plaintiff's Motion to Strike (Doc. 14) moot. Accordingly, the Court **GRANTS** Plaintiff's Motion to Withdraw (Doc. 16) and **WITHDRAWS** Plaintiff's Motion to Strike (Doc. 14).

      **IT IS SO ORDERED.**

Signed this 17th day of September, 2010.

                                    /s/    David R Herndon
                                    **Chief Judge**
                                    **United States District Court**