IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PRIME DEVELOPMENT, INC.,

Plaintiff,

v.

FIRST CLOVER LEAF BANK,

Defendant.                                                No. 10-445-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant First Clover Leaf Bank's Motion for Leave to File Supplemental Response to Plaintiff's Motion to Remand (Doc. 11). Defendant requests to supplement its response with recent case law which Defendant argues will show that Plaintiff's claims are pre-empted by federal law contrary to Plaintiff's claim that state-law issues predominate. Plaintiff has filed an Objection to the motion (Doc. 15). However, based on the reasons stated in the motion, the Court **GRANTS** Defendant's Motion for Leave to File Supplemental Response (Doc. 11). Defendant will have up to and including September 27, 2010 in which to file its supplemental response.

      **IT IS SO ORDERED.**

      Signed this 20th day of September, 2010.

/s/    David R. Herndon
**Chief Judge**
**United States District Court**